Form 704-8B
Rev. 1/05

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re:                                    )
                                          )
COMMERCE MOTORS LLC                       )        Case No. 5-06-50020
                                          )
                                          )
            Debtor(s)                     )        Chapter 7
                                          )

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date:    January 4, 2010                  /s/ John G. Leake

                                          JOHN G. LEAKE
                                          P O Box 526
                                          Harrisonburg, VA  22803
                                          (540) 434-7425

Date: 01/04/10                                                                                          Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 5-06-50020 - COMMERCE MOTORS LLC

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **BLAIR D MITCHELL**<br>**TOWN ATTORNEY**<br>**P O BOX 1560**<br>**Front Royal VA 22630**<br>TAXES & LICENSES | 000003 | 577.84 | 0.02 |
| **Commissioner of Revenue**<br>**County of Warren**<br>**P.O. Box 1775**<br>**Front Royal, VA 22630-0038**<br>TAXES DUE | 000004 | 4,191.25 | 0.11 |
| ----------- Remittance Total --------------- | | 4,769.09 | 0.13 |

JOHN G. LEAKE, TRUSTEE

COURT1                                                        Printed: 01/04/10 10:55 AM   Ver: 15.05a

# PROPOSED DISTRIBUTION

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Case Number: 5-06-50020   RK | | | | Page 1 | | | Date: January 4, 2010 | |
| Debtor Name: COMMERCE MOTORS LLC | | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $5,398.83 |
| | JOHN G. LEAKE COMPENSATION | Admin | | $5,245.84 | $0.00 | $5,245.84 | $5,245.84 | $152.99 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | JOHN G. LEAKE EXPENSES | Admin | | $152.86 | $0.00 | $152.86 | $152.86 | $0.13 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | TOM WILSON CPA | Admin | 001 | $571.00 | $571.00 | $0.00 | $0.00 | $0.13 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | G R HEATWOLE | Admin | 001 | $3,142.60 | $3,142.60 | $0.00 | $0.00 | $0.13 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | G R HEATWOLE | Admin | 001 | $1,103.00 | $1,103.00 | $0.00 | $0.00 | $0.13 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | SPENCER D AULT ESQ | Admin | 001 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.13 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | SPENCER D AULT ESQ | Admin | 001 | $125.12 | $125.12 | $0.00 | $0.00 | $0.13 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | DALE A DAVENPORT ESQ | Admin | 001 | $11,915.43 | $11,915.43 | $0.00 | $0.00 | $0.13 |
| | | | Percent Paid: 100.00000 % | | | | | |
| 000005 | U.S. Trustee's Office | Admin | 001 | $650.00 | $650.00 | $0.00 | $0.00 | $0.13 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | CRYSTAL MORRIS | Admin | 999 | $250.00 | $250.00 | $0.00 | $0.00 | $0.13 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | DIVISION OF MOTOR VEHICLES | Admin | 999 | $160.00 | $160.00 | $0.00 | $0.00 | $0.13 |
| | | | Percent Paid: 100.00000 % | | | | | |
| 000003 | BLAIR D MITCHELL | Priority | 040 | $577.84 | $521.44 | $56.40 | $0.02 | $0.11 |
| | | | Percent Paid: 90.24297 % | | | | | |
| 000004 | Commissioner of Revenue | Priority | 040 | $4,191.25 | $3,782.16 | $409.09 | $0.11 | $0.00 |
| | | | Percent Paid: 90.24205 % | | | | | |
| | PATRICK WHITE BANKRUPTCY ESTATE | Unsec | 070 | $850.00 | $850.00 | $0.00 | $0.00 | $0.00 |
| | | | Percent Paid: 100.00000 % | | | | | |
| 000001 | Lawson and Silek | Unsec | 070 | $2,281.98 | $0.00 | $2,281.98 | $0.00 | $0.00 |
| | | | Percent Paid: 0.00000 % | | | | | |
| 000002 | R. H. Donnelley | Unsec | 070 | $7,380.06 | $0.00 | $7,380.06 | $0.00 | $0.00 |
| | | | Percent Paid: 0.00000 % | | | | | |
| 000006 | Thomas R Young, Jr | Unsec | 070 | $2,864.00 | $0.00 | $2,864.00 | $0.00 | $0.00 |
| | | | Percent Paid: 0.00000 % | | | | | |
| | AUTOMOTIVE FINANCE CORP | Sec | 050 | $14,488.78 | $14,488.78 | $0.00 | $0.00 | $0.00 |
| | | | Percent Paid: 100.00000 % | | | | | |

1/4/10

# PROPOSED DISTRIBUTION

| Case Number: 5-06-50020    RK | Page 2 | Date: January 4, 2010 |
|---|---|---|

Debtor Name  COMMERCE MOTORS LLC

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $57,949.76 | $39,559.53 | $18,390.23 | $5,398.83 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.